Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Butler B. Hare* and *Calhoun A. Mays* for petitioner. *Mr. Alva M. Lumpkin* for respondent.

No. 560. FOREST GLEN CREAMERY CO. *v.* COMMISSIONER OF INTERNAL REVENUE. February 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Willis D. Nance* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *F. E. Youngman* for respondent.

No. 569. INTERNATIONAL-GREAT NORTHERN RAILROAD CO. ET AL. *v.* HAWTHORNE. February 13, 1939. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. Robert H. Kelley* and *Roy C. Sewell* for petitioners. *Mr. S. P. Jones* for respondent.

No. 570. VERSER-CLAY CO. ET AL. *v.* SECURITIES & EXCHANGE COMM'N. February 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. John B. Dudley* for petitioners. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Messrs. Paul A. Freund* and *Chester T. Lane* for respondent.

No. 574. ZERO CHURCH *v.* BRITTON ET AL. February 13, 1939. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Messrs. T. D. Jennings* and *Marion W. Seabrook* for petitioner. *Messrs. John*

*M. Daniel* and *J. Ivey Humphrey* for respondents.

No. 577. FREND ET AL. *v.* UNITED STATES. February 13, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Frederick A. Ballard* for petitioners. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *Edward J. Ennis* for the United States.

No. 579. PIKE RAPIDS POWER Co. *v.* MINNEAPOLIS, ST. P. & S. S. M. RY. Co. February 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James G. Nye* for petitioner. *Mr. John L. Erdall* for respondent.

No. 583. PENNSYLVANIA RAILROAD Co. *v.* TOBIN. February 13, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia. denied. *Messrs. Frederic D. McKenney, John S. Flannery, G. Bowdoin Craighill, R. Aubrey Bogley,* and *Henry Wolf Bikle* for petitioner. *Mr. Rossa F. Downing* for respondent.

No. 588. UNITED STATES EX REL. CROMWELL *v.* DOYLE, PRESIDENT, BOARD OF EDUCATION, ET AL. February 13, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. William E. Leahy, William J. Hughes, Jr., James A. Cobb,* and *Perry W. Howard* for petitioner. *Messrs. Elwood H. Seal* and *Vernon E. West* for respondents.